PROB 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
JUN 18 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Devon Tyler                     Docket No. 1:13MJ564

### Petition on Probation

COMES NOW Duane A. Gilliam, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Devon Tyler, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 9th day of December, 2013, who fixed the period of supervision at 1 year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: July 8, 2014 @ 10:00 A.M.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 18th day of June, 2014 and ordered filed and made a part of the records in the above case. | Executed on June 11, 2014 |
| /s/ Ivan D. Davis<br>United States Magistrate Judge | Duane A. Gilliam<br>U.S. Probation Officer<br>703-366-2123<br><br>Place Alexandria, Virginia |

TO CLERK'S OFFICE


**Petition on Probation**
Page 2
RE: Tyler, Devon

OFFENSE: Operating Vehicle After Suspension

SENTENCE: 1 year probation: SPECIAL CONDITIONS:  1) The defendant shall serve Five (5) days of incarceration with the Bureau of Prisons. Time can be served on weekends or other intermittent times as deemed appropriate by probation; 2) The defendant shall not operate a motor vehicle without a valid operator's license; and 3) The defendant shall pay a $25 special assessment to be paid by January 9, 2014.

ADJUSTMENT TO SUPERVISION: Mr. Tyler was compliant with terms of his supervision until his arrest for Drive Suspended on June 7, 2014. To date, the defendant has maintained employment, he paid his special assessment fee on September 9, 2014, and he completed his 5 days of incarceration on March 16, 2014.

VIOLATIONS: The following violations are submitted for the Court's consideration:

| | |
|---|---|
| MANDATORY CONDITION: | COMMISSION OF A CRIME – Drive Under Revocation/Suspension and No Child Restraint 7 and Under |
| SPEICAL CONDTION: | THE DEFEDANT SHALL NOT OPERATE A MOTER VEHICLE WITHOUT A VALID DRIVER'S LICNESE |

On June 7, 2014, Mr. Tyler was charged with Drive Under Revocation/Suspension and No Child Restraint 7 and Under in Culpeper, Virginia. This matter is scheduled to be heard before the Culpeper General District Court on June 18, 2014.

DAG/cmf



Prob 12 (10.09)